UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HEIDI HAMOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:09-cv-516-AGF |
| ) | |
| ROSE AMERICA CORPORATION and ) | |
| FLEXI USA, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

COME NOW the parties to this case, by and through counsel, pursuant to Federal Rule 41(a)(1)(A)(ii), and stipulate to the dismissal of this cause of action with prejudice as to all parties in this case.  This Notice of Dismissal shall operate as an adjudication on the merits pursuant to Rule 41 (a)(1)(B), and is signed by counsel for all parties who have appeared as set forth below.

Respectfully submitted,

MATHIS, MARIFIAN & RICHTER, LTD.

By     *s/Mark S. Schuver*
    William J. Niehoff, #52094
    Mark S. Schuver, #23872
    Laura E. Craft, #507068
    23 Public Square, Suite 300
    P.O. Box 307
    Belleville, Illinois 62220
    (618) 234-9800
    (618) 234-9786 Fax
Attorneys for Plaintiff

    *s/ Michael J. Tubbesing (w/consent)*
John G. Schultz #34711MO
Michael J. Tubbesing #42856MO
Franke Schultz & Mullen PC
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915
Attorneys for Defendant Rose America


    *s/Natalie J. Kussart (w/consent)*
Peter von Gontard #4614
Natalie J. Kussart #1286736
Sandberg, Phoenix & von Gontard P.C.
600 Washington Avenue, 15th Floor
St. Louis, Missouri 63101
(314) 231-3332
(314) 241-7604
Attorneys for Defendant Flexi USA, Inc.

2